UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

ENOCH BROWN, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class*,

                 Plaintiff,

   v.

ABBOTT TRUCKING INC, and
RICKY ABBOTT,

                 Defendants.

-------------------------------------------------

Case No.: 22-cv-02196

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

    Please take notice that upon the accompanying Memorandum of Law, Declarations and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: August 17, 2022

                                      Respectfully submitted,
                                      By:    */s/ C.K. Lee*
                                             C.K. Lee, Esq.

                                      LEE LITIGATION GROUP, PLLC
                                      C.K. Lee (CL 4086)
                                      Anne Seelig (AS 3976)
                                      148 West 24th Street, 8th Floor
                                      New York, NY 10011
                                      Tel.: 212-465-1188
                                      Fax: 212-465-1181
                                      *Attorneys for Plaintiff,*
                                      *FLSA Collective Plaintiffs, and the Class*