UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

ENOCH BROWN, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

        v.

ABBOTT TRUCKING INC, and
RICKY ABBOTT,

        Defendants.

Case No.: 22-cv-02196

-----------------------------------------------------------

## DECLARATION OF C.K. LEE

I, C.K. Lee, under penalty of perjury, affirm as follows:

1. My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiff's counsel in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's Motion for Conditional Collective Certification.

3. Attached as **Exhibit A** to the Memorandum of Law in Support of Plaintiff's Motion for Conditional Collective Certification is a Proposed FLSA Notice and Consent Form.

4. Attached as **Exhibit B** to the Memorandum of Law in Support of Plaintiff's Motion for Conditional Collective Certification is a true and correct copy of Plaintiff BROWN's Paystub.

5. Attached as **Exhibit C** to the Memorandum of Law in Support of Plaintiff's Motion for Conditional Collective Certification is a true and correct copy of the Declaration of ENOCH BROWN.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York                                   Respectfully submitted,

    August 17, 2022

                                                      By:    */s/ C.K. Lee*
                                                                  C.K. Lee, Esq.

                                                                  Lee Litigation Group, PLLC
                                                                  C.K. Lee (CL 4086)
                                                                  Anne Seelig (AS 3976)
                                                                  148 West 24th Street, 8th Floor
                                                                New York, NY 10011
                                                                  Tel: (212) 465-1188
                                                                Fax: (212) 465-1181
                                                                *Attorneys for Plaintiff,*
                                                                *FLSA Collective Plaintiffs,*
                                                                *and the Class*