# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

November 2, 2022

**Via ECF**
The Honorable Lois Bloom, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Brown v. Abbott Trucking Inc. et al*
            Case No.: 22-cv-02196-ENV-LB

Dear Judge Bloom:

    We are counsel for Plaintiff. We write jointly with counsel for Defendants in response to Your Honor's Order on September 1, 2022.

    The Parties have agreed to private mediation with Pamela R. Esterman, Esq. The parties are currently setting up a mediation date with Ms. Esterman and respectfully request the Court to terminate the referral to the EDNY Panel and to give the parties a further two months to schedule the proposed mediation with Ms. Esterman.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF