# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

December 22, 2022

**Via ECF**
The Honorable Lois Bloom, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Brown v. Abbott Trucking Inc. et al*
               Case No.: 22-cv-02196-ENV-LB

Dear Judge Bloom:

    We are counsel for Plaintiff. We write jointly with Defendants pursuant to Your Honor's Order of November 3, 2022 to request a three week extension for purposes to conduct mediation.

    Previously Parties were ordered to complete mediation by January 3, 2023. The additional three weeks will allow for Parties to receive and review class documents in advance of mediation. To that end, the Parties have scheduled private mediation with Pamela R. Esterman, Esq. for January 13, 2023.

    The Parties will provide a status letter two weeks after mediation informing the Court whether the Parties have settled. If the parties do not settle, they will also provide a case management plan.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF