UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ENOCH BROWN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

              Plaintiff,

v.

ABBOTT TRUCKING INC, and
RICKY ABBOTT,

              Defendants.

Case No.: 1:22-cv-02196

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated January 13, 2023, and annexed hereto as **Exhibit A**.

Dated: January 13, 2023

                                          Respectfully submitted,

                           By:

                                          C.K. Lee, Esq. (CL 4086)
                                          LEE LITIGATION GROUP, PLLC
                                          148 West 24th Street, 8th Floor
                                          New York, NY 10011
                                          Tel.: (212) 465-1188
                                          Fax: (212) 465-1181
                                          *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Michael K. Chong, Esq.
*Attorney for Defendants*
Law Offices of Michael Chong, LLC
2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

1250 Broadway, 36th Fl., Ste. 300
New York, NY 10001
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com
mkchong@mkclawgroup.com

By: _____
C.K. Lee, Esq.