**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ENOCH BROWN, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

                            Plaintiff,

    v.

ABBOTT TRUCKING INC, and
RICKY ABBOTT,

                         Defendants.

---

**Case No.**: 1:22-cv-02196

**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Abbott Trucking Inc, and Ricky Abbott ("Defendants"), having offered to allow Plaintiff Enoch Brown ("Plaintiff") to take a judgment against them, in the sum of Seventy-Two Thousand Dollars and No Cents ($72,000.00), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 13, 2023 and filed as Exhibit A to Docket Number 23;

      **WHEREAS**, on January 13, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 23);

      It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Enoch Brown, in the sum of $72,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 13, 2023 and filed as Exhibit A to Docket Number 23. The Clerk of Court is respectfully directed to close this case.

Dated: Brooklyn, New York
      January 17, 2023

                                 BRENNA B. MAHONEY
                                 CLERK OF COURT

                                 BY: *Jalitza Poveda*
                                        Deputy Clerk